IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | NOS. 14-0092-1 |
| : | 15-0050-1 |
| DENNIS WOODS a/k/a DENNIS BOYCE : | |
| *Defendant*. | |

## ORDER

AND NOW, this 19th day of May 2020, upon consideration of Defendant's Corrected Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255; the government's Response thereto (ECF No. 96); and, Defendant's Reply ECF No. 101), it is hereby ORDERED that Defendant's Motion (ECF No. 101) is DENIED in accordance with this Court's accompanying Memorandum.

It is further ORDERED that a Certificate of Appealability SHALL NOT ISSUE.

BY THE COURT:

/s/  C. Darnell Jones, II   J.